# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WIRELESS MONITORING SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No: 2:17-cv-501-JRG-RSP |
| AT&T DIGITAL LIFE, INC. | § § § | LEAD CASE |
| Defendant. | § § § | |
| WIRELESS MONITORING SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No: 2:17-cv-504-JRG-RSP |
| THOMPSON HOME SERVICES LLC (D/B/A SMITH THOMPSON HOME SECURITY) | § § § § | CONSOLIDATED CASE |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On this date, the Court considered Plaintiff Wireless Monitoring Systems, LLC's Motion to Dismiss Plaintiff Wireless Monitoring Systems, LLC's claims with prejudice and Defendant Thompson Home Services LLC's (d/b/a Smith Thompson Home Security) counterclaims without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and (c).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, that Defendant's counterclaims are dismissed without prejudice.

**SIGNED this 29th day of September, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE